IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,

        Plaintiff,                        No. 2: 09-cv-2757 MCE KJN P

    vs.

PEREZ, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's November 8, 2010 motion to compel.  In this motion, plaintiff claims that prison officials refused to copy his 8 page request for admissions, which included an attachment of 351 pages from his medical file.  Plaintiff claims that prison officials told him that they would not make copies of documents over 50 pages.

        It is unclear why plaintiff would include 351 pages from his medical files with a request for admissions.  Plaintiff is not required to submit evidence in support of his discovery requests.  It is sufficient for plaintiff to submit to defendants the discovery request alone, without additional documentation.  For these reasons, the motion to compel is denied.

////

1

1  On November 8, 2010, defendants filed a motion for an extension of time to
2  respond to plaintiff's interrogatories and requests for admissions.  Defendants state that
3  additional time is required to finalize their responses.  Good cause appearing, this motion is
4  granted.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  Plaintiff's motion to compel (Dkt. No. 33) is denied;
7  2.  Defendants' motion for extension of time (Dkt. No. 38) is granted;
8  3.  Defendants' responses to plaintiff's interrogatories and requests for admissions
9  are due on or before January 8, 2011.
10 DATED:  December 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bak2757.dis