IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,

      Plaintiff,                         No. 2:09-cv-2757 MCE KJN P

      vs.

PEREZ, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to respond to defendants' interrogatories. Good cause appearing, plaintiff is granted thirty days from the date of this order to respond to defendants' interrogatories.

      On January 21, 2011, plaintiff filed a request to conduct additional discovery. Plaintiff requests that defendants be ordered to respond to his discovery requests served on January 17, 2011. Defendants have not opposed this request. Accordingly, defendants are ordered to respond to plaintiff's discovery requests served on January 17, 2011.

      On February 7, 2011, plaintiff filed a motion for leave to serve six additional depositions by written questions. On January 5, 2011, the court granted plaintiff's motion to conduct depositions by written questions and directed the Clerk of the Court to serve plaintiff with twenty-three subpoena forms. In the pending motion, plaintiff requests that he be sent

six additional subpoenas.  Good cause appearing, this motion is granted.

On February 14, 2011, plaintiff filed a motion requesting instructions regarding how to conduct depositions by written questions.  The court cannot provide plaintiff with legal advice regarding how to conduct discovery.  Federal Rule of Civil Procedure 31 addresses depositions by written questions.

Both parties appear to have conducted extensive discovery.  Both parties have also had adequate time to conduct discovery.  No further requests to conduct additional discovery will be granted.  No further requests for extensions of time to respond to discovery requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (Dkt. No. 49) is granted; plaintiff's responses to defendants' interrogatories must be served within thirty days of the date of this order;

2. Plaintiff's motion for leave to conduct additional discovery (No. 50) is granted; defendants shall respond to plaintiff's discovery requests served on January 17, 2011;

3. Plaintiff's motion for leave to serve additional depositions by written question (Dkt. No. 51) is granted; the Clerk of the Court is directed to send plaintiff six subpoena forms;

4. Plaintiff's motion for instructions regarding how to conduct discovery (Dkt. No. 52) is denied.

DATED: February 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bake2757.36