IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,

       Plaintiff,                  No. 2: 09-cv-2757 MCE KJN P

   vs.

PEREZ, et al.,

       Defendants.         ORDER TO SHOW CAUSE
_____/

       On April 8, 2011, the Warden of Pleasant Valley State Prison was ordered to respond within fourteen days to plaintiff's allegations regarding his inability to obtain copies of documents over 50 pages. Fourteen days passed and the Warden did not respond.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Within seven days of the date of this order, the Warden of Pleasant Valley State Prison shall show cause why he should not be ordered to appear before the undersigned to address his failure to respond to the April 8, 2011 order;

////

////

////

////

1

1         2. The Clerk of the Court is directed to serve this order on the Warden of Pleasant
2  Valley State Prison, P.O. Box 8505, Coalinga, CA, 93210-8505.
3  DATED: May 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bak2757.osc