IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,

    Plaintiff,                     No. 2: 09-cv-2757 MCE KJN P

    vs.

PEREZ, et al.,

    Defendants.              <u>ORDER</u>

_____/

       On December 29, 2011, the Honorable Morrison C. England denied plaintiff's motion for reconsideration of the undersigned's order filed December 1, 2011. On January 3, 2011, the undersigned denied plaintiff's motion to compel and for sanctions. Under these circumstances, it is now appropriate to re-set the time for plaintiff's filing of his opposition to defendants' summary judgment motion.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition to defendants' summary judgment motion is due within thirty days of the date of this order.

DATED: January 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bak2757.opp

1