1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BAKER,

11            Plaintiff,                    No. 2:09-cv-2757 MCE KJN P

12        vs.

13   PEREZ, et al.,

14            Defendants.               ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding without counsel.  Defendants' motion for

17   summary judgment is pending.  First, on February 15, 2013, plaintiff filed a request to include an

18   exhibit to his opposition that was not copied correctly by prison staff.  Good cause appearing,

19   plaintiff's request is granted.  Plaintiff's attachment is deemed a timely addendum to Exhibit E to

20   plaintiff's opposition.

21            Second, on February 19, 2013, defendants filed a request for extension of time to

22   file a reply to plaintiff's opposition to defendants' motion to strike inadmissible evidence

23   submitted in opposition to defendants' motion for summary judgment.  Good cause appearing,

24   defendants' request is granted.  Defendants are granted up to and including March 14, 2013, in

25   which to file a reply.

26   ////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's request (dkt. no. 133) is granted;

3    2.  Plaintiff's February 15, 2013 attachment is considered an addendum to Exhibit

4    E to plaintiff's January 24, 2013 opposition;

5    3.  Defendants' request for extension of time is granted; and

6    4.  Defendants shall file a reply to plaintiff's opposition to defendants' motion to

7    strike inadmissible evidence submitted in opposition to defendants' motion for summary

8    judgment on or before March 14, 2013.

9    DATED:  February 19, 2013

10

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   bake2757.eot

14

15

16

17

18

19

20

21

22

23

24

25

26