IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,

        Plaintiff,                    No. 2:09-cv-2757 MCE KJN P

    vs.

PEREZ, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel. Defendants' motion for summary judgment is pending. First, on February 15, 2013, plaintiff filed a request to include an exhibit to his opposition that was not copied correctly by prison staff. Good cause appearing, plaintiff's request is granted. Plaintiff's attachment is deemed a timely addendum to Exhibit E to plaintiff's opposition.

        Second, on February 19, 2013, defendants filed a request for extension of time to file a reply to plaintiff's opposition to defendants' motion to strike inadmissible evidence submitted in opposition to defendants' motion for summary judgment. Good cause appearing, defendants' request is granted. Defendants are granted up to and including March 14, 2013, in which to file a reply.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (dkt. no. 133) is granted;

2. Plaintiff's February 15, 2013 attachment is considered an addendum to Exhibit E to plaintiff's January 24, 2013 opposition;

3. Defendants' request for extension of time is granted; and

4. Defendants shall file a reply to plaintiff's opposition to defendants' motion to strike inadmissible evidence submitted in opposition to defendants' motion for summary judgment on or before March 14, 2013.

DATED: February 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bake2757.eot