UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | No.  2: 09-cv-2757 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2013, the undersigned recommended that defendants' summary judgment motion be granted in part and denied in part.  The undersigned also denied plaintiff's motion for an extension of time to obtain newly discovered evidence.

　　　　On August 30, 2013, the undersigned granted plaintiff an extension until September 19, 2013, to file objections to the August 8, 2013 findings and recommendations and to file a request for reconsideration of the August 8, 2013 order denying his motion for extension of time to obtain newly discovered evidence.

　　　　On September 4, 2013, plaintiff filed a motion to compel defendant Medina to supplement his responses to plaintiff's interrogatories.  Discovery is closed.  For that reason, plaintiff's motion to compel is denied.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's September 4, 2013 motion to
2  compel (ECF No. 143) is denied.
3  Dated: September 17, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6  bak2757.ord