UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, | No. 2:09-cv-2757 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| PEREZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

1 | Plaintiff has also filed a motion for reconsideration (ECF No. 145) of the August 8, 2013 order (ECF No. 140) denying his motion for an extension of time to obtain newly discovered evidence (ECF No. 124). Plaintiff has also filed a motion for reconsideration (ECF No. 147) of the order (ECF No. 144) denying his motion to compel (ECF No. 143).

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motions for Reconsideration (ECF Nos. 145 and 147) are DENIED;

2. The findings and recommendations filed August 8, 2013, are ADOPTED in full; and

3. Defendants' summary judgment motion (ECF No. 122) is DENIED as to plaintiff's Eighth Amendment and state law claims against defendant Medina based on the discontinuation of plaintiff's Tramadol prescription on November 10, 2008; defendants' motion is GRANTED in all other respects.

Dated: October 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT