UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>                Plaintiff,<br><br>        v.<br><br>PEREZ, et al.,<br><br>                Defendants. | No.  2:09-cv-2757 MCE KJN P<br><br><br><br>ORDER |

     Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

////

////

////

////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2 counsel (ECF No. 150) is denied.

3 Dated: November 21, 2013

5 bake2757.31

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE