1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL BAKER,                              No.  2:  09-cv-2757 MCE KJN P

12                    Plaintiff,

13          v.                                   ORDER

14   PEREZ, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Morrison C. England

19   on January 5, 2015.  On April 16, 2014, the court issued a pretrial order.  Pending are several

20   motions filed in response to the pretrial order.

21   <u>Plaintiff's Motion to Supplement Witness List (ECF No. 165)</u>

22          On April 21, 2014, plaintiff filed a motion to supplement his witness list.  (ECF No. 165.)

23   This motion lists all of the witnesses identified in plaintiff's pretrial statement and discussed in

24   the pretrial order but for Nurse Barton and Debbie Arizmendi.  Plaintiff's supplemental witness

25   list contains a description of the testimony of all proposed witnesses, incarcerated and

26   unincarcerated.  Plaintiff states that he did not understand that his original pretrial statement was

27   required to contain this showing regarding his proposed unincarcerated witnesses.

28   ////

1

1       The November 6, 2013 further scheduling order (ECF No. 149) required plaintiff's

2   pretrial statement to contain a description of the testimony of his proposed incarcerated witnesses.

3   This showing was not required for plaintiff's proposed unincarcerated witnesses.  For this reason,

4   plaintiff's motion to supplement his witness list is denied as unnecessary.  If plaintiff does not

5   intend to call witnesses listed in the pretrial order, he shall notify the court and defendants.

6   Plaintiff's Motion for Sanctions ECF No. 168)

7       In the motion for sanctions filed June 11, 2014 (ECF No. 168), plaintiff alleges that

8   defendant Medina's pretrial statement lists many witnesses and exhibits that were not previously

9   disclosed.  Plaintiff alleges that several of these witnesses and exhibits should have been

10  identified in response to plaintiff's discovery requests.  Plaintiff requests that defendant Medina

11  be sanctioned for failing to disclose these witnesses and exhibits in response to his discovery

12  requests.  In particular, plaintiff requests that defendant Medina be prohibited from calling these

13  witnesses and introducing these exhibits at trial.

14      In his objections to plaintiff's motion for sanctions (ECF No. 169), defendant Medina

15  argues that plaintiff's arguments in his motion for sanctions are more appropriately raised in a

16  motion in limine.  The undersigned agrees.  Motions in limine must be filed seven days prior to

17  trial.  The jury trial is set for January 5, 2015.  Because the jury trial is approximately six months

18  away, plaintiff's motion for sanctions is premature.  Accordingly, plaintiff's motion for sanctions

19  is denied without prejudice.

20  Defendant's Objections to the Pretrial Order (ECF No. 166)

21      Defendant Medina objects that three witnesses listed as defense witnesses in the pretrial

22  order, i.e., Litigation Coordinators Amrein, Kimbrell and Herrera, were not intended to be

23  defendant's trial witnesses.  Defendant states that these three persons were listed in defendant's

24  pretrial statement for the purpose of contacting defense trial witnesses.  Defendant requests that

25  these persons be removed from the defense trial witness list contained in the pretrial order.

26      Good cause appearing, Litigation Coordinators Amrein, Kimbrell and Herrera are

27  removed from the defense trial witness list contained in the pretrial order.

28  ////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.   Plaintiff's motion to supplement his witness list (ECF No. 165) is denied;

3        2.   Plaintiff's motion for sanctions (ECF No. 168) is denied;

4        3.   Litigation Coordinators Amrein, Kimbrell and Herrera are removed from the defense

5             trial witness list contained in the pretrial order.

6   Dated:  July 10, 2014

7

8   Bak2757.cla                               KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28