UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, | No. 2: 09-cv-2757 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| PEREZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Morrison C. England on January 5, 2015.  Pending before the court is plaintiff's July 25, 2014 motion requesting that the court calculate the witness fees of his unincarcerated witnesses who refuse to testify voluntarily.  (ECF No. 175.)

As stated in the scheduling order (ECF No. 22), the appropriate sum of money due unincarcerated witnesses who refuse to testify voluntarily is $40 plus the witness' travel expenses.  The travel expenses are $0.56 per mile.  Using these amounts, it is plaintiff's burden to calculate the travel expenses of his unincarcerated witnesses who refuse to testify voluntarily.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion requesting that the court
2 calculate his witness fees (ECF No. 175) is denied.
3 Dated:  August 29, 2014

5 Bak2757.wit

    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE