RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Kelly A. Yokley CSN 192015

Attorneys for Defendant,
D. MEDINA

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, | Case No.: 2:09-CV-02757 MCE KJN P |
| Plaintiff, | **DEFENDANT D. MEDINA'S SUBSTITUTION OF COUNSEL; ORDER** |
| vs. | **[E.D. Local Rule 182(g)]** |
| PEREZ, et al., | |
| Defendants. | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that SHANAN L. HEWITT, of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:09-CV-02757 MCE KJN P, and David Eugene Brice, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant, D. MEDINA.

I hereby consent to said substitution.

DATED: January 1, 2014                    /s/ D. Medina (original signature retained by attorney)
                                          D. MEDINA

I hereby agree to said substitution.       RIVERA & ASSOCIATES

DATED: January 7, 2014                     /s/ Shanan L. Hewitt
                                          SHANAN L. HEWITT

I hereby consent to said substitution.

KAMALA D. HARRIS
Attorney General of California

DATED: December 23, 2013

/s/ Misha D. Igra
BY: MISHA D. IGRA
Supervising Deputy Attorney General

**<u>ORDER</u>**

IT IS SO ORDERED:

Dated:  September 3, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*Baker v. Perez, et al.*
U.S. District Court, Eastern District
Case Number 2:09-CV-02757 MCE KJN P

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento.  My business address is 2180 Harvard Street, Suite 310, Sacramento, California, 95815.  I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANT D. MEDINA'S SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

  X    on the plaintiff in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

____   (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

**VIA First Class U.S. Mail**
Michael Baker, K-76592
California State Prison, Corcoran (3481)
P.O. Box 3481
Corcoran, CA 93212-3481

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on January 7, 2014, at Sacramento, California.

/s/ Melissa Green
Melissa Green