UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　Defendants. | No.  2:  09-cv-2757 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Morrison C. England on January 12, 2015.

On November 17, 2014, plaintiff filed a motion requesting that the Clerk of the Court issue 5 subpoenas for his non-incarcerated witnesses.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for issuance of subpoenas (ECF No. 198) is granted;

2. The Clerk of the Court is directed to issue 5 blank subpoenas to plaintiff; and

3. Within fourteen days of the date of this order, plaintiff shall send the completed subpoenas and witness fees to the United States Marshal's Office,  501 I Street, Sacramento,

////

////

1

1 | California, 95814; within that time, plaintiff shall also file a notice with the court indicating that
2 | he sent the subpoenas and witness fees to the U.S. Marshal.
3 | Dated: December 5, 2014

Bak2757.writ

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE