RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Kelly A. Yokley CSN 192015

Attorneys for Defendant,
D. MEDINA

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | Case No.: 2:09-CV-02757 MCE KJN P<br><br>**ORDER ON DEFENDANT'S MOTION TO CONTINUE JANUARY 26, 2015 TRIAL DATE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the trial date currently scheduled for January 26, 2015 and the due date for opposition to the currently filed motions in limine are vacated and shall be reset by further order of the District Court.

IT IS SO ORDERED.

Dated: January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT