UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, | No. 2:09-cv-02757-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| PEREZ, et al., | |
| Defendants. | |

The Court is in receipt of both Plaintiff's Motion for Court Order Regarding Copies (ECF No. 240) and Request for Court Order Vacating Writ of Habeas Corpus ad Testificandum (ECF No. 243). Good cause having been shown, the former request is GRANTED, and the latter request is GRANTED in part and DENIED in part. Accordingly, IT IS HEREBY ORDERED that:

1. Trial in this case is re-set for 9:00 a.m. on Monday, May 4, 2015, in Courtroom 7;

2. Any opposition to the previously filed Motions in Limine shall be filed not later than Monday, April 20, 2015;

3. All writs issued for the January 26, 2015, trial are VACATED and the assigned Magistrate Judge is directed to issue new writs for the May 4, 2015 trial.

///

4.     The Court declines to issue an order as to where Plaintiff shall be housed prior to the continued trial date and thus DENIES Plaintiff's request for an order that he be returned to Corcoran State Prison;

5.     Plaintiff's custodian is directed to provide Plaintiff with two copies of pages 46-71 and the table of contents from Plaintiff's Trial Exhibit No. 23;

6.     If there is a change in custody of this inmate prior to him receiving those copies, the current custodian is ordered to notify the Court of the change in custody and to provide the new custodian with a copy of this order; and

7.     The Clerk of the Court is directed to serve a courtesy copy of this order electronically on the Out-To-Court Desk and by fax to the Litigation Coordinators at both California State Prison, Corcoran, and California State Prison, Folsom.

IT IS SO ORDERED.

**Dated:  January 29, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT