UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER,                                   No. 2:09-cv-2757 MCE KJN P

    Plaintiff,

    v.

PEREZ, et al.,
                                  **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.              **AD TESTIFICANDUM**

Michael Baker, CDCR # K-76592, a necessary and material witness in a settlement conference in this case on June 18, 2015, is confined in California State Prison, Corcoran (COR), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd, by video conference from his present place of confinement, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, June 18, 2015, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, COR, P.O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  February 19, 2015

Bak2757.writ

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE