RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
JillB.Nathan,SBN 186136
JamilR.Ghannam,SBN300730

Attorneys for Defendant,
D. MEDINA

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PEREZ, et al.,<br><br>　　　　Defendants. | Case No.: 2:09-cv-02757 MCE KJN P<br><br>**STIPULATED DISMISSAL WITH PREJUDICE FOR DEFENDANT D. MEDINA [FRCP 41(a)(1); ORDER THEREON** |

　　　　It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff MICHAEL BAKER, proceeding *in pro per*, and Defendant DAVID MEDINA, by and through his attorney, Shanan L. Hewitt, that Defendant DAVID MEDINA is dismissed from this action with prejudice.

　　　　In consideration of the Stipulation entered by the above-named parties to the United StatesDistrict Court Eastern District of California action, <u>Baker v. Perez, et al</u>, Case No. 2:09-CV-02757 MCE KJN P, Defendant D. MEDINA is dismissed with prejudice pursuant to Federal Ruleof Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Page 1

| | |
|---|---|
| Dated: 7-24-15 | /s/ Michael Baker (original signature filed and maintained by counsel for Medina) <br> MICHEAL BAKER, Plaintiff |
| Dated: 07/30/15 | /s/ Shanan L. Hewitt <br> SHANAN L. HEWITT <br> Attorney for DEFENDANT D. MEDINA |

**IT IS SO ORDERED.**  This matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

Dated:  August 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Baker v. Perez, et al.*
U.S. District Court, Eastern District